OPINION OF THE COURT
 

 On review of submissions, pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order af
 
 *828
 
 firmed. The finding by the courts below that the.initial approach of defendant by the police was justified presents a mixed question of law and fact which is beyond the review powers of this court because the evidence at the hearing was legally sufficient to support the determination made by the lower courts
 
 (People v Harrison,
 
 57 NY2d 470, 477;
 
 People v Wharton,
 
 46 NY2d 924, 925). We have considered defendant’s additional arguments and consider them to be without merit or not preserved.
 

 Concur: Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa.